UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| **Lisa Grimsley**, | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | Case No. 4:07CV1223 HEA |
| | ) | |
| **Orscheln Industries**, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

The above-styled case was filed in the Eastern Division of this court on July 5, 2007, and assigned to the Honorable Henry E. Autrey. Because the jurisdiction of this matter lies in the Northern Division of this district, this case should have been assigned a Northern Division case number.

IT IS HEREBY ORDERED that the above styled cause is transferred to the Northern Division of this court and assigned Case No.2:07cv0051MLM. The Honorable Mary Ann Medler will preside.

Case No. 4:07cv1223HEA is hereby administratively closed. Judge Autrey's name will be replaced for future assignment.

Dated this 15th day of November, 2007.

James G. Woodward, Clerk of Court

By: /s/ Karen Moore, Deputy Clerk

Please refer to Case No. **2:07cv0051 MLM** in all future matters concerning this case.